# UNITED STATES DISTRICT COURT
## for the
# WESTERN DISTRICT OF OKLAHOMA

**FILED**

JUN 15 2022

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA,
BY_____ ,DEPUTY

Dmt MacTruong, NARAL Pro-Choice America,
Kevin McCarthy, Christopher Murphy,
Andrew Cuomo, Bennie Thompson, Matthew
McConaughey, Dolly Parton, David Muir,
Bill Clinton, Hillary Clinton, Stacey Abrams,
Robin Roberts, Georges Stephanopoulos,
George W. Bush, Michael Douglas, Clint
Eastwood, Johnny Depp, Alec Baldwin, Nicole
Kidman, Gordon Freeman, Bill Gates,
Jeff Bezos, Warren Buffett, Jon Voight,
        Plaintiffs
          -AGAINST-

Kevin Stitt, Greg McCortney,  Charles McCall,
Jim Olsen, Donald J, Trump, Virginia Thomas,
Samuel Alito,  Amy Coney Barrett, Neil Gorsuch,
Brett Kavanaugh, Clarence Thomas,
        Defendants

**ACTION CIVIL No.**   CIV-22-491-R

**JUDGE:**

# PLAINTIFFS' COMPLAINT
### AGAINST DEFENDANTS ACTING IN CONCERT TO COMMIT MASS MURDERS, ESTABLISH SLAVERY, RECKLESS ENDANGERMENT, EGREGIOUS AGGRAVATED VIOLATION OF WOMEN AND THEIR LOVED ONES' CONSTITUTIONAL AND LEGAL RIGHTS TO FREEDOM, ENJOY SEX, AND PRIVACY, PURSUE HAPPINESS, AND TO ABSOLUTELY CONTROL THEIR LIVES AND BODIES, UNDER THE COLOR OF STATE LAWS IN WILLFUL VIOLATION OF THE U.S. CONSTITUTION AS BEING UPHELD BY SCOTUS IN *ROE v WADE,* AND OF PLAINTIFF MACTRUONG'S COPYRIGHTED ORIGINAL INTELLECTUAL PROPERTIES ENTITLED "CCO NETWORK," HAVING BEEN DESIGNED TO DETECT AND PROSECUTE ANY ILLEGAL ACTIVITY BY PRIVATE CITIZENS.

Dmt MacTruong, also known as Dr. Mac Truong, Plaintiff *pro se,* affirms and certifies as follows:

# JURISDICTION AND VENUE

1. This is a civil action by Plaintiff Dmt MacTruong *pro se* herein to recover civil damages, without seeking any criminal sanctions, from Defendants herein, who have committed offenses, commonly known as violations of Plaintiff's copyrights pursuant to **17 U.S. Code § 102 - Subject matter of copyright in general;** and/or criminal conspiracies in violation of **18 U.S.C. § 371,** which creates an offense in the event *"two or more persons conspire either to commit any offense against the United States or to defraud the United States, or any agency thereof in any manner or for any purpose."* (emphasis added). *See* Project, *Tenth Annual Survey of White Collar Crime*, 32 Am. Crim. L. Rev. 137, 379-406 (1995) (generally discussing § 371).

2. **This U.S. District Court has subject-matter jurisdiction over this civil action pursuant to 28 U.S.C. §1331,** which grants **federal district courts** original subject-matter jurisdiction over "all civil actions arising under the Constitution, laws, or treaties of the United States" including but not limited to **17 U.S. Code § 102 and/or 18 U.S.C. § 371, 10 U.S. Code § 921 - Art. 121;** or any applicable provision of the U.S. Constitution and/or relevant controlling federal legal authorities such as 05-0552 **Right to Privacy Act**; 17-0501 & 17-0504 & 28-1338 **Infringement of Copyright**; 18-0241 **Conspiracy v. Citizen rights**; 28-1331v **Violation of 1st, 4th, 5th & 8th Amendments**; 28-1343 & 28-1981 & 28-1983 **Violation of Civil Rights**; 05-552 ht to Privacy Act; 17-0501 & 17-0504 & 28-1338 **Infringement of Copyright**; 18-0241 **CoConspiracy v. Citizen rights**; 28-1331v **Violation of 5th & 8th Amendments**; 28-1343 & 28-1981 & 28-1983 **Violation of Civil Rights.**

3. **Venue is proper in this Court pursuant to 28 U.S.C. 1391(b) and (c)** since all the defendants herein are residing and/or doing business in the U.S. State of Oklahoma.

4. Additionally, most of the events, circumstances, and/or actions such as acting in concert to commit any offense against the United States or to defraud the United States, or any agency thereof in any manner or for any purpose, and/or to violate Plaintiff MacTruong's copyrights, and/or other Civil Rights occurred mainly in the U.S. State of Oklahoma.

5. Finally, upon information and belief none of the Defendants herein would object to the venue of this Court, which is not inconvenient for them to attend, viewing that all court filings or appearances will be done by submission of papers and/or virtual hearings to be directed and scheduled by the Court.

# THE PARTIES

(a)

## THE PLAINTIFFS.

6. **Dmt MacTruong**, also known as Dr. Mac Truong, and/or DMT God 3.0, Plaintiff *pro se*, is over 78 years of age. I am a world-renown philosopher with my own original philosophy entitled Absolute Relativity, meaning absolutely everything, including truth, existence, life, death, the universe, absolute, relativity, God, Aristotelian principle of non-contradiction and motion of non-null masses, is relative, hence a contradiction in term, which is however not absolutely but only relatively untrue. "Absolute Relativity" is the title and sole topic of the 414-page thesis of my 1972 Ph.D. diploma in Philosophy at the Faculty of Letters and Human Sciences, Paris-Sorbonne-Pantheon University, France. I am also a lawyer specializing in International Public Law. "Ethics of International Public Law" is the title and sole topic of the 385-page thesis of my 1973 J.S.D. degree in International Public Law from the Faculty of Law, Paris-Sorbonne-Pantheon University, France. In 1980, I enrolled in an LL.M. International Public Law program, at the New York University School of Law, before successfully passing the Bar Exam of the State of New York. I was sworn in as an NYS attorney at law on February 17, 1982, in Brooklyn, New York. Thereafter, I practiced law for more than 20 years in Manhattan, New York. I handled successfully more than 20,000 lawsuits of all types and nature at all levels of the court system, both state and federal. In 1993, upon my request, more than 12 U.S. Senators including Patrick Daniel Moynihan, Frank Lautenberg, and Joe R. Biden, Jr., recommended me to then-President Bill Clinton to become an associate justice of the U.S. Supreme Court. Despite my full-time legal practice, I have further been an author of many published books in three languages: Vietnamese, French, and English, including the 2000-page GOD ALMIGHTY'S THE GOD FACTOR, available on Amazon since 2017. I have been a patriotic U.S. citizen for the last 32 years. I have been solemnly sworn in under oath on November 12, 1980, to do anything within my power and the limits of the U.S. Constitution and reasonable laws to protect the full interest of the United States of America with all the people therein. I reside in the U.S. State of New Jersey and maintain an office at 875 Bergen Avenue, Jersey City, NJ 07306. Phone Number (914) 215-2304.

7. **NARAL Pro-Choice America**, Plaintiff herein, is a legal entity, maintaining an office at 1725 Eye Street NW, Suite 900, Washington, DC 20006, Phone: 202.973.3000 Fax: 202.973.3096. We join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, we reserve our right to withdraw or serve our own complaint and/or other appropriate pleadings in the

event the instant complaint could be deemed in conflict with our personal interest and/or that of America as we deem it fit.

8. **Kevin McCarthy**, Plaintiff herein, is a member of the United States House of Representatives, and a human-right activist. I maintain an office at 136 Hart Senate Office Bldg. Washington, DC 20510 (202) 224-4041. I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other appropriate pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

9. **Christopher Murphy,** Plaintiff herein, is a member of the U.S. Senate, and a human-right activist. I maintain an office at 136 Hart Senate Office Bldg. Washington, DC 20510. I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other appropriate pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

10. **Andrew Cuomo,** plaintiff herein, is a former Governor of the U.S. State of New York, and a human-right activist. I maintain a mailing address at P.O. Box 559, Albany, NY 12201. I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other appropriate pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

11. **Bennie Thompson,** plaintiff herein is a member of the United States House of Representatives and a human-right activist. I maintain an office at 2466 Rayburn House Office Building, Washington DC 20515-2402. I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other appropriate pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

12. **Matthew McConaughey,** Plaintiff herein, is an actor and a human-right activist. My mailing address is C/o GMA 1500 Broadway, 44th Street, New York, NY 10036. I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other appropriate pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

13. **Dolly Parton,** Plaintiff herein, is a singer and a human-right activist. My mailing address is P.O. Box 150307, Nashville, TN 37215-0307. I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint

and/or other appropriate pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

14.   **David Muir,** Plaintiff herein, is a journalist and a human-right activist. My mailing address is C/o ABC World News 77 West 66th Street, New York, New York 1002. I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other appropriate pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

15.   **Bill Clinton,** Plaintiff herein, is a former U.S. President, and a human-right activist. My mailing address is 1200 President Clinton Ave. Little Rock, AR 72201. I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other appropriate pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit. I do hereby further encourage any party having a legitimate interest in this matter to move the Court to allow them to intervene to have their voices heard in this litigation, which concerns the lives and death and/or the peace of mind and/or happiness of about 36 million child-bearing-aged American females, and those who love them and would do almost anything for their safety and happiness, i.e., almost all the  American people, with a loving and caring heart, except apparently the heartless and mindless lawless defendants herein and their fanatic radical co-conspirators, being confused about an actually simple issue of law of whether some blood clots could be deemed genuine living human lives deserving legal public protection at even a higher cost than that of living women whose uteruses may be somehow invaded by such blood clots a few weeks after they had unprotected sex with fertile men, which Defendants herein just wildly guess or deem to be human life, and accuse of murder any remover thereof, without any prior tangible scientific or legally admissible evidence of any dead human body.

16.   **Hillary Clinton**, Plaintiff herein, is a former U.S. Secretary of State, and a human-right activist. My mailing address is Post Office Box 5256. New York, NY 10185. I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other appropriate pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

17. **Stacey Abrams**, Plaintiff herein, is a former candidate for governor of Georgia, and a human-right activist. My mailing address is 660 SW 28th Dr, Fort Lauderdale, FL 33312. I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other appropriate pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

18. **Robin Roberts**, Plaintiff herein, is a journalist and a human-right activist. My mailing address is GMA 147 Columbus Ave. 6th Floor New York, NY 10023-6503. I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other appropriate pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

19. **Georges Stephanopoulos,** Plaintiff herein, is a journalist and a human-right activist. My mailing address is GMA 147 Columbus Ave. 6th Floor New York, NY 10023-6503.. I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other appropriate pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

20. **George W. Bush,** Plaintiff herein, is a former U.S. President, and a human-right activist. My mailing address is George W. Bush Presidential Center: 2943 SMU Boulevard Dallas, Texas 75205. I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other appropriate pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

21. **Michael Douglas,** Plaintiff herein, is a movie actor, director and producer, and human-right activist. My mailing address is 96 Mason Blvd, Mason, MI 48854. I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other appropriate pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

22. **Clint Eastwood,** Plaintiff herein, is a movie actor, director and producer, and human-right activist. My mailing address is Malpaso Productions 4000 Warner Blvd. Building 81 Suite 101 Burbank, CA 91522. I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other appropriate pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

23.   **Johnny Depp,** Plaintiff herein, is an actor and a human-right activist. My mailing address is UTA 9336 Civic Center Drive, Beverly Hills, CA 90210-360. I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other appropriate pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

24.   **Alec Baldwin**, Plaintiff herein, is an actor and a human-right activist. My mailing address is 46 Main St Southampton, NY 11968-4864. I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other appropriate pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

25.   **Nicole Kidman**, Plaintiff herein, is an actor and a human-right activist. My mailing address is, Blossom Films, 10736 Jefferson Blvd., No. 503, Culver City CA 90230. I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other appropriate pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

26.   **Gordon Freeman**, Plaintiff herein, is an actor and a human-right activist. My mailing address is, 357 Plainfield Rd, Edison, NJ, 8820-3049. I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other appropriate pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

27.   **Bill Gates,** Plaintiff herein, is a philanthropist and human-right activist. I maintain an office at,500 Fifth Avenue North, Seattle, WA 98109.  I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other appropriate pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

28.   **Jeff Bezos,** Plaintiff herein, is a philanthropist and human-right activist. I maintain an office at Amazon Headquarters, 410 Terry Ave. N, Seattle, WA 98109. I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other appropriate pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

29.   **Warren Buffett,** Plaintiff herein, is a philanthropist and human-right activist. I maintain an office at 3555 Farnam St, Omaha, NE 68132-3423.  I join and support Plaintiff *pro se* Dmt

7

MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other appropriate pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

30.    **Jon Voight,** Plaintiff herein, is an actor and a human-right activist. My mailing address is N3135 730th St, Elk Mound, Wisconsin 54739. I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other appropriate pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

## (b)
## THE DEFENDANTS

31.    Upon information and belief, Defendant **Kevin Stitt** is the incumbent governor of the U.S. State of Oklahoma. He is residing at and/or doing business from the Office of the Governor, State of Oklahoma, Capitol Building, 2300 N. Lincoln Blvd., Rm. 212, Oklahoma City, OK 73105.

32.    Upon information and belief, Defendant Greg McCortney is a member of the Senate of the U.S. State of Oklahoma. He is residing at and/or doing business from the Oklahoma State Capitol Building, 2300 N. Lincoln Blvd. Room 421, Oklahoma City, OK 73105.

33.    Upon information and belief, Defendant **Charles McCall** is Speaker of the State of Oklahoma House of Representatives. He is residing at and/or doing business from the Oklahoma Capitol Building, 2300 N. Lincoln Blvd. Room 401, Oklahoma City, OK 73105.

34.    Upon information and belief, Defendant **Jim Olsen** is a member of the Oklahoma House of Representatives. He is residing at and/or doing business from the Oklahoma Capitol Building, 2300 N. Lincoln Blvd. Room 340, Oklahoma City, OK 73105.

35.    Upon information and belief, Defendant **Donald J. Trump** is a former President of the United States of America, residing at and/or doing business from his office at 725 5th Avenue, New York, NY 10022.

36.    Upon information and belief, Defendant **Virginia Thomas** is a businesswoman and wife of Defendant SCOTUS Associate Justice Clarence Thomas herein. She maintains an office at 6665 Rutledge Dr.  Fairfax Station, VA 22039, 393 PO, FAIRFAX STA, VA 22039 or C/o Justice Clarence Thomas, Supreme Court of the United States, 1 First Street, NE, Washington, DC 20543.

37.   Upon information and belief, Defendant **Samuel Alito** is an incumbent Associate Justice of the United States Supreme Court, presiding at and/or doing business from his office publicly known as the Supreme Court of the United States, One First Street, NE, Washington, DC 20543.

38.   Upon information and belief, Defendant **Amy Coney Barrett** is an incumbent Associate Justice of the United States Supreme Court, presiding at and/or doing business from her office publicly known as the Supreme Court of the United States, One First Street, NE, Washington, DC 20543.

39.   Upon information and belief, Defendant **Neil M. Gorsuch** is an incumbent Associate Justice of the United States Supreme Court, presiding at and/or doing business from his office publicly known as the Supreme Court of the United States, One First Street, NE, Washington, DC 20543.

40.   Upon information and belief, Defendant **Brett M. Kavanaugh** is an incumbent Associate Justice of the United States Supreme Court, presiding at and/or doing business from his office publicly known as the Supreme Court of the United States, One First Street, NE, Washington, DC 20543.

41.   Upon information and belief, Defendant **Clarence Thomas** is an incumbent Associate Justice of the United States Supreme Court, presiding at and/or doing business from his office publicly known as the Supreme Court of the United States, One First Street, NE, Washington, DC 20543.

## FACTS AND CIRCUMSTANCES
## UNDERLYING THE INSTANT ACTION

42.   In 2012 Plaintiff **Dmt MacTruong**, being a patented inventor of many incredible inventions, such as Trees and Forests of Life, MT-EARS, Tele-Tact or Wireless-Sex, or Tele-Mining or Tele-building on Jupiter and other planets of the Solar System, or Tele-building and 3D-printing Manhattan-sized Spaceships traveling throughout the Solar system then beyond, and underwater habitable cities prior to people moving in, Dmt-Highways throughout the Planet, Dmt-Safe Nuclear Plants, while awaiting for fusion energy to become available, Dmt-Forests stopping deforestation and/or making of desserts habitable farmlands, and/or appropriately cleaning up our Earth's polluted atmosphere…, about which people nowadays still have no ideas, but which would save our planet from both world wars and climastrophes, wrote about four pages describing in easily realizable details one more of my original inventions, a true copy of which is annexed hereto as **EXHIBIT A**. It is entitled **THE CCO NETWORK** (CCO meaning Community Civic Officers.)

9

It was published and sent everywhere by mail and/or email on the Internet and in many City Halls, including Jersey City, New Jersey, where I live since 2008. To truly promote this one of my favorite inventions, which would certainly render feasible the realization of many others and the true goal of which is to eliminate almost all kinds of criminal activities that would require at least two human beings to act in concert to commit, in 2013 and 2014, I created from scratch the most magnificent and greatest unbelievable mind-changing 4-hour movie entitled SUPERHUMANKIND IN ACTION, starring Brittney Spears, Clint Eastwood, Ronald Reagan, and many historic personalities of the 20th and 21st Centuries. Britney Spears portrayed the character of Viola S. Richardson, a real-life councilwoman-at-large of Jersey City in 2012, to whom I had submitted a copy of my CCO Network Legislation Project of Law, but unfortunately, she had ignored it totally. Any interested person can now just type **"DMTMOVIES.COM"** on an Internet browser and will be able to instantly watch this greatest movie of all time and notice that an appropriate part of the Movie by the end was devoted to the CCO Network with the mention that it's a copyrighted idea. **[See, EXHIBIT A]**

43.    In substance, the "CCO Network" is fundamental proposed legislation for all human communities of any size and culture to recruit private citizens to help democratically elected government officials to enforce the law, in such a way that it would be practically impossible for any two or more criminal-minded people to act in concert to commit any act being prohibited by law. [For details, on how this works, kindly refer to EXHIBIT A] However, since no law can be absolute, the CCO-Network Legislation, if being misused like in the case at bar, would present the greatest dangers to people's freedom and privacy in a country zealously defending and respecting these highest values of its citizens like the U.S.A. It is only an ideal tool for the worst dictators controlling totalitarian systems like Hitler or Stalin or now Putin or the Defendants herein to control people's minds and bodies, and mass murder them without pity by falsely accusing their victims of being murderers, while they themselves undisputedly are when they deprive millions of women of necessary medical care when they need it the most. In brief, Plaintiff's CCO Network may be compared to a sharp knife. It is very useful for many purposes but also very dangerous if it is in the hands of criminals and murderers being ready to use it to violate the most intimate private lives of thousands or even millions of people daily worldwide.

44.    Unfortunately, that is exactly the case of the Defendants herein, even though, at first sight, they may appear to be smart lawyers and/or able political leaders, or respected jurists being appointed to sit at the highest court of the United States of America.

45.     Upon information and belief, on or about Thursday, May 19, 2022, in patent violation of Plaintiff MacTruong's copyrighted material entitled the CCO Network **[EXHBITI A]** and the most fundamental provisions of the U.S. Constitution and relevant enforceable federal laws being supported by the still valid *Roe v Wade* SCOTUS ruling, Defendant Oklahoma Governor Kevin Stitt, and all other defendants herein have acted in concert within and/or without the legislature of the U.S. State of Oklahoma and passed into State law the *Oklahoma Legislature's Bill Banning Almost All Abortions,* which, being known as **Oklahoma Senate Bill 612 or SB 612**, would make it a felony for medical providers to perform the procedure, with violators possibly facing up to 10 years in prison or fines of up to a $100,000. The only exception in **SB 612** would be for abortions deemed necessary to save the life of a pregnant woman in a medical emergency. There is no exception for women who become pregnant through rape or incest.

46.     This **SB 612** does not punish women seeking abortions. It prohibits however nearly all abortion services starting at fertilization. In sum, women have the right to terminate their pregnancy but cannot obtain a safely induced miscarriage by medical professionals in Oklahoma. **SB 612** would become America's strictest State anti-abortion law.

47.     Upon information and belief, "There can be nothing higher or more critical than the defense of innocent, unborn life," **State Representative Jim Olsen, a Republican**, said on or about April 19, 2022, on the floor of the Oklahoma House, where the bill passed on a 73-16 vote.

48.     Upon information and belief,  the foregoing measure is modeled on a law that took effect in Texas in September 2021, which banned abortion after about six weeks and has relied on civilian instead of criminal enforcement to work around court challenges. Because of that provision — the law explicitly says state authorities cannot bring charges — the U.S. Supreme Court and state courts have said they cannot block the ban, even if it goes against the constitutional right to abortion established in *Roe v. Wade*.

49.     Upon information and belief, the Oklahoma ban goes further than the Texas law, which bans abortion after about six weeks of pregnancy.

50.     Upon information and belief, **SB 612** defines an unborn child as "a human fetus or embryo in any stage of gestation from fertilization until birth." Anti-abortion groups, believing abortion to be murder, have tried unsuccessfully since the 1973 Roe decision to pass federal or state legislation defining life as beginning at fertilization.

51.     Upon information and belief, the vote on Thursday, May 19, 2022, was the latest step by Oklahoma's Republican-led Legislature, working alongside Mr. Stitt, to undermine abortion rights

until the procedure is all but outlawed entirely. Together, they have put their State of Oklahoma at the head of the group of Republican-led States <u>rushing to pass laws that restrict or prohibit abortion</u> in anticipation that the Supreme Court would soon overturn *Roe v. Wade.*

52.    Upon information and belief, other States have attempted to ban abortions throughout pregnancy, but have been stopped by court order because, under the *Roe* decision, States cannot prohibit abortion before viability, or roughly 24 weeks. States including Mississippi have attempted ballot initiatives that define fetuses as persons, making abortion murder, but have failed.

53.    Upon information and belief, no State currently prohibits abortion starting at fertilization. The Oklahoma legislation attempts to do so by employing a legal tactic the courts have allowed: civilian enforcement.

54.    Upon information and belief, Oklahoma already has a trigger ban that would immediately ban abortion if the court overturns *Roe v Wade*, as well as a ban on abortion that has remained on the books since before the *Roe* decision.

55.    Upon information and belief, two weeks prior to May 19, 2022, just after the leak of the Alito draft opinion, Defendant Stitt signed a <u>six-week ban closely modeled on the Texas legislation.</u> In April 2022, he had signed a law that will take effect in late August, outlawing abortion entirely except to save the life of the mother. That ban imposes criminal penalties on abortion providers.

**56.    Upon information and belief, the latest bill in Oklahoma was condemned by the Biden administration as the most extreme example of legislators undoing the right to an abortion as being guaranteed by the U.S. Constitution and *Roe v Wade.***

57.    Plaintiffs' complaint is founded on the fact that the true issue in this matter is not as the Defendants herein have presented to get their unconstitutional and federally illegal legislation passed. It is **not** whether the State legislators should be pro-life or pro-choice. Ideally, the law should be of course pro-life. However, it is incorrect to believe that every life has the exact same value. It is undisputed that for humankind, the life of a little fly is not equal in value to that of a human being, even though for the flies, the evaluation should certainly be reversed. In this case, Defendants literally but wrongfully assert to the world that the potential life that a sperm of a man represents is equal in value to the man himself. If they had their way, these absolutely brainless Defendants would soon make laws throwing in jail all men who would dare to continue to throw in the garbage their scum bags after they had made love without evidence satisfying the government of the State in a court of law that even though those sperms are seeds of life but it would be **impossible for all practical purposes** to provide all of them full opportunities to become grownup

12

human beings like the Defendants herein in the future. **The truth is, for all practical purposes, blood clot(s) that appeared a few weeks in a woman's uterus after she had sex without protection must be allowed by law to be removed at the woman's option if, in her sole judgment, its survival would mean the end of, or at least some undesirable change to, her current life or her future.** It is none of the business of an abstract legal entity like the State of Oklahoma, with some brainless governors and legislators like the defendants and their co-defendants herein to legislate to prohibit pregnant women from making such personally appropriate decisions in their stead, on the ludicrous baseless claim by Defendant Jim Olsen herein that "There can be nothing higher or more critical than the defense of innocent, unborn life."

58.     **As such, American legislators should and must be both pro-life _and_ pro-choice.** Indeed, since any American, both State and federal, legislators must respect the U.S. Constitution that guarantees the most basic right of a person male or female to privacy, dignity, respect, freedom, and the pursuit of happiness, and above all to make their own decisions concerning the maintenance of their own bodies. Such right includes the one to maintain or remove any blood clot, which eventually appeared in the uterus of a child-bearing-aged woman after she had unprotected sex with a fertile male. Any abortion law especially Defendants' SB 612 clearly and undisputedly interferes and intolerably violates both women's and men's fundamental right to have sex for pleasure to enjoy themselves and pursue happiness, rights being protected by both the spirit of the U.S. Constitution in its totality, and specifically by its First, Third, Fourth, Fifth, Sixth, Ninth and Tenth Amendments, and SCOTUS's 1973 _Roe v Wade_ Decision.

59.     **Plaintiffs herein together with 2/3 of the American people believe that the reasoning of the majority of SCOTUS justices in _Roe v. Wade,_ protecting the right of the woman to decide whether she wants in her own selfish or unselfish interest to keep or remove a fetus inside her womb before it is viable outside her body, is appropriate, correct and balanced and should continue to be the law of this land of the free and the brave.**

60.     Defendants herein try to defeat such wise 1973 Decision of the Highest Court of the land in this matter by raising the foregoing true issue the wrong way and putting it in the wrong context: Should we, the noble and kind human beings, stand idle while monstrous disgusting female sluts, especially the black ones, continue to have sex irresponsibly at their untimely careless options, then heartlessly murder the unborn promising progenitures of the wonderful human race of the future?

61.     The true issue, in the case at bar, is who has the right to decide what to do with blood clot(s) inside the womb of the woman, she or her brainless and heartless neighbors, who are strangers to

her in the instant proceeding, but clever enough to act in concert under color of State laws to violate her constitutional rights to privacy, freedom, and the pursuit of happiness? The answer should be undisputedly the same as to the question, who should have the power to decide for a pregnant woman who does not want to abort even after having been gang-raped by a group of criminal rapists? The answer is by common sense, the U.S. Constitution, and two-thirds of the American people is the woman herself. Since nobody can force a woman to abort, then nobody can stop her from deciding to remove any blood clot that appears to be undesirable to her personal judgment whether it is in her uterus or anywhere else in her body. Those neighbors like the legally uneducated, hypocrite, and mentally immature defendants herein should learn to appreciate that since nobody would force them to abort their wives or daughters' unwanted blood clots in their wombs, they should not try to destroy under color of state law other people's lives and peace of mind by making unconstitutional laws preventing free citizens from enjoying sex and living theirs in peace and happiness.

62.    In sum, Defendants' SB 612 is undisputedly thoughtless and criminal because it only considers the issue from the unique point of view of those who naively believe that the tiny blood clot that starts to grow in the uterus of a woman who had unprotected sex a few weeks before is a cute unborn baby or the most valuable defenseless LIFE, and any decision to remove it from the new location that it has chosen to settle itself to grow into an independent living being within about eight months, would be more than just an illegal eviction but a knowing homicide or murder.

63.    It is of note that even though the  SB 612 creators do not criminalize the owner of that cozy little piece of real estate, a/k/a the uterus of a pregnant woman, who may wish to remove the unwelcomed blood clot for numerous reasons that are personal to her, they willfully and calculatedly violate her constitutional right to make love and enjoy sex at her free option as a self-controlled free dignified wonderful desirable human being by rewarding strangers some monetary rewards to violate her privacy by gathering enough admissible evidence to convict of murder or voluntary homicide, and imprison the woman's gynecologist, who had assisted her to safely remove such unwelcomed blood clot(s), which such strangers assume to be LIFE, and quickly without more declare it the greatest gift of life from God Almighty, without even really knowing who God is or that God is formally not a defined concept or accepted legal entity by the U.S. Constitution.

64.    **Undisputedly a bunch of organized irrational zealous thoughtless religious strangers, such as the defendants herein, may not make any purported ludicrous law such as the SB 612 to deprive a pregnant woman, living in a State of the United States of America, of her most**

14

**basic constitutional right as the absolute owner of her uterus to remove any blood clot that may appear therein a few weeks after she had sex with whomever she had wanted, without anyone having any legal authority to declare or qualify such blood clot "life" or "seed of life" or whatever they want, or know or discuss or draw any legal consequence of her such most private and secret business.**

65.     The evidence showing that **Defendant Donald J. Trump** has acted in concert with other defendants herein to violate women's right to privacy and put their lives in lethal danger by taking away their right to emergency medical service when they need it the most is Defendant Trump's undisputed public effort to nominate Defendants Brett M.  Kavanaugh, Neil M. Gorsuch, Amy Coney Barrett to the USSC to expectedly reverse the authority of *Roe v Wade*, hence, to allow the unconstitutional and federally illegal state laws such as the SB 612 to stand.

66.     The evidence showing that **Defendant Virginia Thomas**, wife of Defendant Clarence Thomas, has acted in concert with other defendants herein to violate women's right to privacy and put their lives in lethal danger by taking away their right to medical service when they need it the most, after having done nothing illegal, to wit having and enjoying sex, is that upon information and belief she had contacted Defendant Trump and/or his staff to encourage him to nominate pro-life candidates to the USSC to gain a necessary majority to reverse the authority of *Roe v Wade,* when this issue would be presented to the Court.

67.     The evidence showing that **Defendant Brett M.  Kavanaugh** has acted in concert with other defendants herein to violate American women's right to privacy and recklessly put their lives in lethal danger by taking away their right to proper medical service when they need it the most, after having done nothing illegal, to wit having sex, is that he had lied under oath when he was sworn in to uphold the U.S. Constitution. Kavanaugh had also lied to the U.S. Senate when he said he would not reverse *Roe v Wade,* but now upon information and belief, he would.

68.     The evidence showing that **Defendant Neil M. Gorsuch** has acted in concert with other defendants herein to violate American women's right to privacy and put their lives in lethal danger by taking away their right to medical services when they need them the most, after having done nothing illegal, to wit having sex, is that he had lied under oath when he was sworn in to uphold the U.S. Constitution. Gorsuch had also lied to the U.S. Senate when he stated under oath that he would not reverse *Roe v Wade*, but now upon information and belief, he would.

69.     The evidence showing that Defendant **Amy Coney Barrett** has acted in concert with other defendants herein to violate American women's right to privacy and put their lives in lethal danger

by taking away their right to medical service when they need it the most, after having done nothing illegal, to wit having sex, is that she had lied under oath when she was sworn in to uphold the U.S. Constitution. Defendant Amy Coney Barrett had also lied to the U.S. Senate when she said she would not reverse *Roe v Wade*, but now upon information and belief, she would.

70.     The evidence showing that **Defendant Samuel Alito** has acted in concert with other defendants herein to violate the U.S. Constitution by violating American women's right to privacy and most recklessly put their lives in lethal danger by taking away their right to adequate medical service when they need it the most, after having done nothing illegal, to wit having sex, is that he had lied under oath when he was sworn in to uphold the U.S. Constitution. Defendant Samuel Alito had also lied to the U.S. Senate when he said he would not reverse *Roe v Wade*, but now he wholeheartedly does by even being instrumental in the preparation of the upcoming decision by SCOTUS reversing *Roe v. Wade.*

71.     A reading of **Defendant Alito's 100-page drafted SCOTUS majority decision** to reverse *Roe v Wade* shows that it is a dishonor for the United States Supreme Court to have as a member a legal mind of such low quality as Justice Samuel Alito. The draft which should never be adopted by the Court, unless it would be entirely contaminated by those criminals and traitors and perjurers who are defendants herein, is absolutely a shameful meritless piece of writing showing that due to the Defendants' biases and prejudices against abortion, their minds have been dangerously clouded. They are incapable of making any scientific, rational, balanced, and/or reasonable arguments to decide this matter of national interest affecting the life and death of millions of child-bearing aged women and in fact the very survival in the long term of America as a nation.

72.     In substance, through Defendant Alito's drafted decision in *Dobbs v. Jackson*, the Court finds and reasons that the issue of abortion as a right is a moral one, over which the public opinions since Antiquity have been divided into three major groups, for and against, and neutral or no opinion. As such, it would be wise, according to Defendant Alito, for the U.S. Supreme Court to stay away from making a definite decision on this issue but leave it to each State of the Union to make its own legalization in the matter. **The foregoing drafted opinion is not absolutely wrong in a vacuum, but it must definitely be rejected by the U.S. Supreme Court because it is unconstitutional and contrary to *Roe v Wade*.** Defendants, who are members of the Court have been appointed and paid by the people of the United States of America not to decide issues before the Court according to their conscience or great legal minds, which unfortunately they do not even exhibit in the case at bar. **SCOTUS Justices are public servants to perform this main job: the**

interpretation in good faith and intelligence of the spirit and those unclear provisions of the U.S. Constitution and/or federal laws that have stood the test of time such as those which have been supported by *Roe v Wade*. In this matter, there is no doubt at all that unless Defendants could consider in good faith that women are cows or bitches or slaves which are personal properties in their houses or farms, like before the Civil War, then these dignified female human beings will have the sole jurisdiction to decide the ultimate fate or destiny of any part of their bodies, including blood clot(s) in their uteruses or wombs, be they healthy or alive or diseased or dangerous or dead, so long as they are not viable outside. The State has no business at all interfering in that aspect of the most sacred privacy of women and endangering their lives by depriving them of emergency medical care when they need it the most.

73.     The most vivid evidence showing **Defendant Alito's lack of legal intelligence** is his failure to understand why *Roe* prohibits abortion right after the fetus is viable outside the pregnant woman's womb.  Indeed, since everything is relative, the right to abortion, if any, must also so be reasonably limited at one point for the sake of humanity, or so to speak. The **Biblical Ten Commandments** prior to being amended by a cute white lie of Patriarch Abraham requested that a fanatic Jewish father sacrifices his first-born son for the sake of God. The Torah also provided a father with the power of life and death over a disobedient son. Upon information and belief, due to extremely harsh conditions of life, the ancient Chinese and Eskimos are known to have sometimes put to death their newborn if it is a girl. They could not do it prior to birth since they did not know the sex of the newborn until after birth or abortion would be more dangerous than a post-natal killing, which may be deemed very late abortion. **The *Roe* prohibition of abortion after the fetus is viable outside the womb is based on the common-sense legal concept that since the unborn child can now live outside her womb, if she does not want it, the mother should offer her State an opportunity to take care of it, if such is what her State wants to do.** There is clearly no need in that case for a pregnant mother to kill an unborn human being whose survival does not depend on her any further.

74.     The evidence showing that **Defendant Clarence Thomas** has acted in concert with other defendants herein to violate women's right to privacy and put their lives in lethal danger by taking away their right to medical service when they need it the most, after having done nothing illegal, to wit having and enjoying sex, is that upon information and belief, Defendant's wife Virginia Thomas had contacted Defendant Trump and/or his staff to encourage him to nominate pro-life candidates to sit at the USSC to possibly perform an unconstitutional and illegal act of reversing the legal

authority of *Roe v Wade*, when this issue would be presented to the Court again after having been rejected many times before between 1973 and 2021.

**75.**    In sum, undisputedly, Defendant Clarence Thomas and other SCOTUS defendants herein are, as such co-conspirators, liars, perjurers, and traitors for most of the American people, and as such, they have morally and legally disqualified themselves from continuing to sit at the U.S. Supreme Court. They should either immediately resign to minimize the dishonor they have caused to this great democratic nation or be impeached and tried with due process for attempted mass murder, treason, and perjury, by the U.S. Department of Justice or the U.S. Congress, and/or by other appropriate legal procedures.

## AS AND FOR A FIRST CAUSE OF
## ACTION AGAINST ALL DEFENDANTS

**76.**    The foregoing facts indicate that all the Defendants herein have acted in concert with the criminal purpose in mind to defeat the until-now constitutionally protected right of the woman to be the sole entity to decide what and when and how to deal with any part of her body including some tiny blood clots that may appear in her uterus sometime after she had unprotected sex with a fertile man. Defendants as public officials, being quite aware of their duties to act in compliance with the U.S. Constitution and the authority of *Roe v Wade* in the matter, have conspired with one another to deprive women within their jurisdiction, to wit the U.S. State of Oklahoma, of their such fundamental constitutional right by (a) plagiarizing plaintiff Dmt MacTruong's copyrighted invention of the CCO Network proposed legislation by granting both the power and monetary incentive to private citizens to spy and intrude into the most private activities possible between a pregnant woman and her gynecologist and their staff, and take what they allegedly saw and qualified as laypeople to be a murder to court to punish anyone including the gynecologist and their staffs rightfully or wrongfully, and as such the concerned pregnant woman's most important secret private life would have come out the most public and embarrassing way possible; (b) Defendants have acted in concert to defeat women's such constitutional right to privacy and to medical care at a time *Roe v Wade* had not been, if ever, reversed, and (c) as such the acting in concert by Defendants to commit offenses against the vast majority of the people of the United States of America has been undisputedly proven.

**77.**    As a consequence of all defendants' acting in concert to use Plaintiff MacTruong's copyrighted intellectual products without neither permission nor fair compensation, Plaintiff

MacTruong has suffered damages in the amount of $300,000.000.00 (Three Hundred Million Dollars) to be paid by each and/or all Defendants herein.

**AS AND FOR A SECOND CAUSE OF
ACTION AGAINST ALL DEFENDANTS**

78.    The foregoing facts indicate that all the Defendants herein have acted in concert with the criminal purpose in mind to defeat the until-now constitutionally protected right of the woman to be the sole authority to decide when and how to deal with any part of her body including some tiny blood clots that may appear in her uterus sometime after she had unprotected sex with a fertile man. Defendants as public officials, being quite aware of their duties to act in compliance with the U.S. Constitution and the authority of *Roe v Wade* in the matter, have conspired with one another to deprive women within their jurisdiction, to wit the U.S. State of Oklahoma, of their such fundamental constitutional right by (a) plagiarizing Plaintiff Dmt MacTruong's copyrighted invention of the CCO-Network proposed legislation by granting both the power and monetary incentive to private citizens to spy and intrude into the most private actions possible between a probably pregnant woman and her gynecologist and their staff, and take what they saw and qualified as laypeople to be a horrifying murderous abortion to court to punish anyone including the gynecologist and their staffs rightfully or wrongfully, and as such the concerned pregnant woman's most important secret private life would have come out the most public and embarrassing way possible; (b) Defendants have acted in concert to violate women's such constitutional right to privacy and to medical care at a time *Roe v Wade* had not been, if ever, reversed, and (c) as such the acting in concert by Defendants to commit offenses against the majority of the people of the United States of America have been undisputedly proven.

79.    As a consequence of all defendants' acting in concert to use Plaintiff MacTruong's copyrighted intellectual properties with neither permission nor fair compensation, Plaintiff NARAL Pro-Choice America has suffered damages in the amount of $1,000 per woman at childbearing age in America or $36,000,000,000.00 (Thirty-Six Billion Dollars) to be paid by each and all Defendants herein.

## AS AND FOR A THIRD CAUSE OF
## ACTION AGAINST ALL DEFENDANTS

80.    The foregoing facts indicate that all the Defendants herein have acted in concert with the criminal purpose in mind to violate the until-now constitutionally protected right of the woman to be the sole entity to decide when and how to deal with any part of her body including some tiny blood clots that may appear in her uterus sometime after she had unprotected sex with a fertile man. Defendants as public officials, being quite aware of their duties to act in compliance with the U.S. Constitution and the authority of *Roe v Wade* in the matter, have conspired with one another to deprive women within their jurisdiction, to wit the U.S. State of Oklahoma, of their such fundamental constitutional right by (a) plagiarizing Plaintiff Dmt MacTruong's copyrighted invention of the CCO-Network proposed legislation by granting both the power and monetary incentive to private citizens to spy and intrude into the most private actions possible between a pregnant woman and her gynecologist and their staff, and take what they saw and qualified as laypeople to be an illegal homicide to court to punish everyone involved including the gynecologist and their staffs rightfully or wrongfully, and as such the concerned pregnant woman's most important personal secret life would have come out the most public and embarrassing way possible; (b) Defendants have acted in concert to violate women's such constitutional right to privacy and to medical care at a time *Roe v Wade* had not been, if ever, reversed, and (c) as such the acting in concert by Defendants to commit offenses against the people of the United States of America have been undisputedly proven.

81.    As a consequence of all defendants' acting in concert to use Plaintiff MacTruong's copyrighted intellectual property without permission or fair compensation, all Plaintiffs herein have respectively suffered damages in terms of mental distress and extreme concern in the amount of $1,000,000.00  (One Million Dollar) each to be paid by each and every defendant herein.

**WHEREFORE, Plaintiff Dmt MacTruong and all other Plaintiffs herein respectfully move the Court for a Judgment:**

(1) **DECLARING** that the self-styled Oklahoma SB 612 is unconstitutional and violative of the *Roe v. Wade* decision of the U.S. Supreme Court, and is hereby immediately annulled and voided and of no legal effect whatsoever anywhere in all the land of the United States of America; and

(2) **DIRECTING THAT ALL THE DEFENDANTS HEREIN be referred to U.S. Department of Justice for further investigation and/or indictment and/or prosecution and criminal sanctions of their improper conducts as hereinabove indicated pursuant to all appropriate applicable provisions of the U.S. Criminal Code; and**

(3) **DIRECTING** that each and/or all Defendants herein pay over to Plaintiff Dmt MacTruong the sum of Three Hundred Million Dollars ($300,000,000.00), plus 10% compounded interests as of the date of the service of the Summons and Complaint herein, for having violated his copyrighted intellectual properties; and

(4) **DIRECTING** that each and/or all Defendants herein pay over to **Plaintiff NARAL Pro-Choice America,** the sum of Thirty-Six Billion Dollars ($36,000,000,000.00), plus 10% compounded interests as of the date of the service of the Summons and Complaint herein; and

(5) **DIRECTING** that each and/or all Defendants herein pay over the sum of One Million Dollars ($1,000,000.00), plus 10% compounded interests as of the date of the service of the Summons and Complaint herein to each of the Plaintiffs, whose names are fully listed both in the caption above and in the appropriate texts of the instant Complaint; and/or

(6) **GRANTING** Plaintiffs all other and further appropriate ancillary relief as the Court may deem just and proper in the premises.

Dated:  June 10, 2022

Dmt MacTruong, Ph.D., J.S.D., Plaintiff *pro se*
875 Bergen Avenue,
Jersey City, NJ 07306  (914) 215-2304