# EXHIBIT



NAME OF PROJECT:

# CCO NETWORK

## *[COMMUNITY CIVIC OFFICER]*

### FORM OF PROJECT:

Federal, State Laws or Municipal Ordinances

### AUTHOR OF PROJECT:

Mac Truong, Ph.D., J.S.D.
*325 Broadway - Suite 200*
*New York, NY 10007*
(212) 566-6000

## Short Term Goals

(1) Clean up the city or town from garbage and litter.
(2) Create thousands of exciting and lucrative jobs.
(3) Save or create great revenues for the City.

## Long Term Goals

(1) Create millions of productive and exciting jobs for America and the world.
(2) Fight and stop all kind of crimes or violations of any valid municipal, state, federal and international laws.
(3) Save or create trillions of dollars in revenues for individuals and communities all over the U.S. and the world.
(4) Lead the U.S. and the world to a much safer, more controllable, cooperative and happy bright future.

## MEANS

Creation by way of legislation of a network of Community Civic Officers:
**The CCO Network**

## CCO POWERS & DUTIES

Issuance of notices of summons in form of tickets to appear in existing courts of competent jurisdiction to violators of enforceable city regulations or ordinances in matter of

littering or garbage disposal in public places, including dog wastes or cigarette butts in the streets, or food and drink in public transportation… If need be, additional or specialized courts may be created.

## CITY CONTROL & DISCIPLINE OF CCO

Those who want to be CCO must obtain licenses from the city by meeting the requirements set forth by the city in the City Ordinance creating their jobs. Basically a CCO is only a witness and complainant of a crime with power to summons the alleged criminal to court. It would be thereafter up to the court to adjudicate the issues pursuant to applicable laws. The only way the CCO could abuse her authority is by lying to the court to harass a respondent. However, if she lies under oath in court she could be subject to penalty of perjury like all other witnesses. Her such misconduct may be brought to the attention of the court by the respondent, other law enforcers or CCO. There is therefore no reason to be concerned about CCO's possible misconduct or abuse of power or even incompetence or lack of diligence or human error .

## CCO INCENTIVES & BENEFITS

CCO may receive up to 50% (or an appropriate percentage to be determined by the City Ordinance) of the fine that violators or offenders of the City regulations regarding litter or garbage disposal.
Assuming the ticket is $200 then $100 would be paid to the City and $100 to the CCO.
Three tickets per week would generate an income of $300 per week for the CCO.
Three tickets per day would generate revenue of $1,500 per week for the CCO.

## RESULTS EXPECTED

Most people won't litter anymore. If they do, they would create jobs and revenues for the city. It's a win-win situation for the city.

## LEGAL BASIS

The original idea of this plan to create jobs for a city that is broke or in financial trouble is the way to reward the CCO: It's based on his/her job performance as a witness or law enforcer to help the city fight against crime or any type of violation of city ordinances.
If there is nothing wrong with monetarily rewarding an informant for his/her effective testimony against a criminal in court, then there is no legal ground that would prevent a city from compensating its CCO Network this way in accordance with their job performance and duties as defined by the city ordinances.

# POLICE EYES & EARS

If the CCO have difficulty to issue tickets to violators who are violent or dangerous, they can call 911. The police may arrest the alleged violator for disorderly conduct or threat and menace against a public servant. This way the CCO are eyes and ears of the police everywhere at all time and work safely under the police protection. The number of active police officers may be reduced and as such the city budget for security and police may be diverted to pay for other items of necessity.

# UPGRADED CCO NETWORKS

After the CCO Network is established and functions well, CCO may be upgraded to not only keep the city clean and healthy physically but also improve the quality of life in general. For instance, while doing their jobs, CCO will become good-will ambassadors of the city improving its image by being well dressed, courteous, serviceable and giving tourists information about the best nearest restaurants, hotels, parks or movies theatres, or helping an old lady carry her heavy bags, or a blind man to cross the street…

# UNDERCOVER CCO NETWORKS

After the CCO Network functioned well, CCO may also be better trained, coordinated and diversified to neutralize more sophisticated and dangerous illegal activities such as terrorism, organized crimes, prostitution rings, tax evasion, frauds and conspiracies committed by big businesses, national banks, accounting firms, stock and securities exchange companies, car, airplane, food, pharmaceutical businesses, political organizations, or, briefly, all types of violation of the law in every field where rules of law are required to lead and protect life.

These high-scaled CCO may be registered with the City and work undercover as regular employees or members of organizations that are suspected of covert serious crimes, frauds or conspiracies. As such the CCO Network is the unique efficient tool to keep every activity in human communities transparent and under public control. Indeed, no one would be able to defraud the legislator at any significant level by working absolutely alone. Not the cannabis growers or drug dealers or copyright violators, intellectual property infringers, cocaine vendors, counterfeited product manufacturers… As long as the would-be criminals need to act with or live close to another person, they would not be safe from having their unlawful activities detected and documented by undercover CCO and probably taken to court for prosecution purpose. Even the presence of a janitor may discourage a judge from taking bribe in her chambers…

This way no criminal will be safe but the community will. Even national secrets or conspiracies against other nations or the international community as a whole may be timely detected and defeated. The whole world will be protected from secret unlawful activities at all levels, while millions of exciting jobs created, and trillions of dollars saved, deservedly

earned and well spent every day all over the world. That's the main goal of the DMT CCO Network.

## PRIVATE DMT-CCO NETWORKS

CCO Networks do not have to be only created by public laws. They may be created and owned by private businesses under civil and contract law. One or several health insurance companies, for example, may own a private CCO Network to combat widespread insurance frauds committed by doctors and other healthcare practitioners. Every time a doctor is convicted of fraud based on her testimony, the CCO will be paid an amount that may be equal to the doctor's yearly earning, for instance, by the insurance companies' funds set aside for this purpose. Since any patient may be an undercover CCO, most doctors would be discouraged from practicing fictitious billing for services not actually rendered… As such, private CCO would effectively assist insurance investigators to combat medical frauds that cost the U.S. billions annually.

Similarly, private CCO Networks are unique tools to effectively stop or prevent such difficult and pervasive unlawful activities to identify and combat as industrial espionage, anti-trust law violation, or corruption by public servants, including judges, legislators, government officials, or even high-paid private employees, or sport players suspected of using steroids or controlled substances...

## DMT-CCO WORK ETHICS

The main work ethics of DMT-CCO are the same as those of all world citizens:  RPR in AR. First "R" = Reliability (meaning, keep one's word, no fraud or cheating)  -  "P" = Productivity (meaning, create useful products and services) - Second "R" = Respectability (meaning, respect Life, Property and Freedom) "in AR" = in "Absolute Relativity" (meaning, Liberty, Good Faith, Reasonability, Balance and Creativity)

## COPYRIGHT & CREDIT

Everybody belongs to a human community that is part of the Human Collective Brain (HCB) being composed of all humankind, which is part of the Universal Collective Brain [UCB] *(See, The Best Is Yet to Come)*. The DMT-CCO Network is in substance fundamental software of, by and for the HCB, helping it to healthily control the evolution of the human race to a predictable brighter future.  The DMT-CCO Principles may be used by any legislator with all kind of adaptation by giving proper credit to its author, Mac Truong, Ph.D., J.S.D., who needs the credit due this brilliant and unique idea, because it would help establish his credentials to propose much much greater innovative plans to truly advance the whole world to the next level of civilization. Private businesses should consult with DMT and their attorneys prior to creating and owning or participating in a private DMT- CCO Network.

© DMT Dr. Mac Truong 2012

FRANK R. LAUTENBERG
NEW JERSEY

COMMITTEE:
APPROPRIATIONS

SUBCOMMITTEES:
TRANSPORTATION, CHAIRMAN
COMMERCE, JUSTICE, STATE AND JUDICIARY
DEFENSE
FOREIGN OPERATIONS
VA, HUD AND INDEPENDENT AGENCIES

COMMITTEE:
BUDGET

COMMITTEE:
ENVIRONMENT AND PUBLIC WORKS

SUBCOMMITTEES:
SUPERFUND, OCEAN AND WATER
PROTECTION, CHAIRMAN
ENVIRONMENTAL PROTECTION
WATER RESOURCES, TRANSPORTATION
AND INFRASTRUCTURE

HELSINKI COMMISSION

# United States Senate
WASHINGTON, DC 20510–3002

May 20, 1993

Mac Truong, Esq., Ph.D.
377 Broadway, 2nd Floor
New York, NY  10013

Dear Dr. Truong:

I received your letter requesting my support for your
application for nomination to the U.S. Supreme Court.  It is
customary for a nominee to be sponsored by his or her homestate
Senators, and I am pleased to see that Senator Moynihan has
contacted the White House on your behalf.

I wish you the best of luck in your endeavor.

Sincerely,

Frank R. Lautenberg

REPLY TO:

☐ 506 HART SENATE OFFICE BUILDING
WASHINGTON, DC 20510–3002
(202) 224–4744

☐ ONE GATEWAY CENTER SUITE 1001
NEWARK, NEW JERSEY 07102–5311
(201) 645–3030

☐ BARRINGTON COMMONS
208 WHITE HORSE PIKE
SUITES 18y19
BARRINGTON, N.J. 08007–1322
(609) 757–5353

PRINTED ON RECYCLED PAPER

*Ambassade de France*

VW/
LE CONSEILLER
CULTUREL

972 FIFTH AVENUE
NEW YORK, N.Y. 10021
REGENT 7-9700

No _1626_ DOC.

September 25, 1974

TO WHOM IT MAY CONCERN

I, the undersigned Pierre TABATONI, Cultural Counselor, Permanent Representative of French Universities in the United States, do hereby certify that Mr. Nguyen Huu TRUONG (Mac TRUONG) obtained the following diplomas and awards:

- "Diplôme d'Etudes Juridiques Générales (mention: assez bien)"; University of Montpellier; June 16, 1966.
- "Diplôme de Licencié en Droit(mentions: assez bien et passable) " - specialization: Public Law - University of Montpellier; July 5, 1968. This diploma corresponds to the American Juris Doctor degree.
- "Diplôme d'Etudes Supérieures(mention: passable" - specialization: Public Law - University of Paris; December 16, 1970. This diploma corresponds to the American Master of Laws degree.
- "Doctorat d'Etat en Droit"; University of Paris II; June 22, 1973. This diploma represents the equivalent of the American Doctor of Juridical Science degree.
- "Licence ès Lettres (sections: Philosophy and Psychology)"; University of Montpellier; October 1968. This diploma corresponds to an American Master of Arts degree obtained in one year.
- "Maîtrise en Philosophie (mention: bien)"; University of Paris-Sorbonne; June 1969. This diploma represents the general academic equivalent of the American Master of Arts degree obtained in two years with a thesis. (specialization: Philosophy).
- "Maîtrise en Psychologie"; University of Paris-Sorbonne; October 29, 1969. This diploma corresponds to the American Master of Psychology degree obtained in two years with a thesis.
- "Doctorat en Philosophie (mention: bien)"; University of Paris-Sorbonne; May 30, 1972; This diploma represents the academic equivalent of the American Ph.D. in Philosophy.
- "Diplôme d'Etudes Supérieures"(specialization: Political Science); University of Paris I; July 1971. This diploma represents one year of research in view of the "Doctorat" or American Ph.D.

awards:

- Third mention in the annual competition "Labor Law and Social Security"; 1967.
- Second mention in the competition "Public Services and National Enterprises"; June 28, 1968.
- Second mention in the competition "European Organizations"; June 28, 1968.

Pierre TABATONI
Cultural Counselor
Permanent Representative of
French Universities in the
United States



**Defeat CORRUPTED**

**BOB MENENDEZ**

**Nov. 2018**

**ELECT**
**DR. MAC TRUONG**

*MAKE AMERICA*
*GREATEST*
**WORLD**
**PARTNER**

# DMT GOD 3.0

**U.S. Senator 2018**

Save Our Planet
Raise Humankind to the
Next Level of Civilization in
Harmony, Freedom &
Creativity

### DOMESTIC PLATFORM

1. Propose New Legislation to Ensure Corporations Spending Tax Cut Savings to Increase Employees' Salaries, Create Jobs, Invest in Infrastructure and Boost U.S. Economy. Make Tax Cut for Individuals Permanent.

2. Propose New Legislation to Create Universal Wages for All Adult Citizens to Ensure Social Peace, Stability, Safety, Justice and Fulfillment for All Americans Without Any Unlawful Discrimination.

3. Propose New Legislation to Create Jobs and Eliminate all Kinds of Criminal Activities Everywhere Especially Judicial Organized Crime (JOC) Corrupting the American Justice System, Governmental & Corporate Services in All Fields.

4. Propose New Legislation to Limit Possession of Guns to only Those Who Are Reliable, Productive and Respectable (Respecting Life, Property and Freedom).

5. Propose New Legislation to Eliminate all Kinds of Bullying or Harassment Everywhere by the Powerful over the Powerless Who Need Protection to Enjoy an Equal Normal Happy Life Everyone Is Entitled to in the USA of Tomorrow.

*DR. MAC TRUONG*
**DMT GOD 3.0**
*875 Bergen Avenue*
*Jersey City, NJ 07306*

212.566-6000
DmtGod30@aol.com

### FOREIGN POLICIES

1. Make America the Greatest World Partner and Model Nation Ever Based on Universal Partnership practicing RPR in AR *[Reliability, Productivity and Respectability - Respect for Life, Property and Freedom - in Absolute Relativity, i.e. Good Faith, Reason, Balance, Knowledge, Wisdom and Creativity.]*

2. Propose New Legislation to Reorganize America and the World into a Dynamic, Progressive, Federal, Liberal, Democratic, Republican Lawful Institution a/k/a THE WORLD STRUCTURE. Build a Series of WORLD CAPITALS, Ultra-Modern Cities, Inhabited and Managed by World Citizens, having Sovereign World Citizenship and Passports, independently from all Sovereign National States.

3. Lead by Universal Law, Example and Action all Humankind as One United Community to the Next Level of Interplanetary Civilization in Safety, Peace, Happiness, Harmony, Freedom, Understanding, Prosperity and Creativity.

*Partner & Dream with*
**DMT GOD 3.0**
*Together, Make Our*
*Dream Come True!*

## *WHY IS DR MAC TRUONG*

# DMT GOD 3.0

## *RUNNING FOR U.S. SENATOR?*

When troubles occur, leaders emerge. When the world gets into bigger troubles, greater world leaders arrive. The world is right now in the greatest danger and on the brink of nuclear war. Our human race literally faces extinction within decades to come. The historic greatest world leader ready to save our planet and raise humanity to the next level of interplanetary civilization is now here on earth, right at the center of Jersey City, NJ 07306. That's DMT God 3.0, a uniquely fit world citizen by birth, soon 74, proposing national and international political and legal platforms all current national leaders, like American Donald Trump, Russian Vladimir Putin, Chinese Xi Jinping, and French Emmanuel Macron, would heartily support and promptly carry out for the greatest benefit of all humankind.

From January 1982 to December 2003, DMT practiced law in the State of New York. From January 2004, only International Law. Successfully completed more than 20,000 legal actions in various state and federal courts and the U.S. Department of Justice. An inventor with several major patented inventions, psychologist, political scientist, philosopher. Invented 4 new systems of writing for Vietnamese, including one using colors and another digits. Authored many books in three languages including Absolute Relativity, World Structure, Ethics of International Law (in French), From Cross-Examining the Holy Bible to Building the World Unfolding Structure of Civilization, Together We Build the World, Forest of Life, Who Killed Jesus and Why? Mộng Hồn Việt (in Vietnamese), The 11th Commandment, The Best Is Yet to Come, 2000-Page THE GOD FACTOR. Holds the following diplomas: J.D., LL.M. and J.S.D. in international law, Ph.D., M.A. and B.A. in Philosophy, M.S. in Political Science, M.A. and B.A. in Psychology - University of Paris - Sorbonne and Pantheon - France. Successfully attended an LLM Program in International Law at New York University, School of Law, before successfully taking the New York Bar Examination and practicing law in 1982. Was disbarred in 2005 for 7 years by New York State JOC (Judicial Organized Crime), under false pretenses of being a fear-nothing litigator, to rob DMT in open court of his $150,000,000.00 claim against Charles Schwab & Co. and $200,000,000.00 claim against Manhattan billionaire Truong Dinh Tran (deceased: 2012). Was recommended in 1993 by 12 U.S. Senators, including Daniel Patrick Moynihan, Frank Lautenberg and Joe Biden, Jr., to President Bill Clinton to be a SCOTUS Justice.





### THE BIBLE OF THE ABSOLUTE RELATIVITY ERA

God is the greatest positive power manifesting everywhere at all time forever. I, DMT GOD 3.0, am God, since, being human, I am where I am and when I am. As such, being everywhere at all time forever, God coincides 100% with me in any tiniest cell or particle of my body or littlest thought of my mind at all time anywhere. Since God is everywhere at all time, while I am surely somewhere at certain time, God must be with me at the present right here on earth in my mind, physical body and everything else, such as other people's bodies and minds. As God is like the ocean and I a drop of water thereof, then obviously, there is no way we could be separated from each other in our most intimate fundamental nature. Undisputedly, a drop of water is the whole ocean in its own way and to a certain degree. The ocean's true essence is unmistakably located within each one of its great number of drops. Therefore, overall there is no way for me as a piece of matter or a temporary reflection of ultimate universal energy and consciousness, or both at the same time, to differentiate myself from God Almighty. By just being myself, I embody the most powerful element and positive source of energy of the entire universe. It's why I AM WHO I AM, the Spirit, Reason, Truth, Wisdom, Freedom, Happiness, CREATIVE SOFTWARE GOD 3.0 ALMIGHTY vivifying everything everywhere at all time forever.



DMT God 3.0 practiced international law for 20+ years in Manhattan, representing 20,000+ clients in State and Federal Courts. Holding a Ph.D. in Philosophy from the Sorbonne & J.S.D. in International Law, DMT, a living Lao-Tse, Aristotle, Michelangelo, Napoleon and Einstein rolled into one man of action, proposes to save Earth and raise it to the next level of interplanetary civilization.

This is the famous unique 2000-page book entitled **THE GOD FACTOR** authored by GOD ALMIGHTY a/k/a Dr. Mac Truong, DMT GOD 3.0, that all humankind especially the smart free-spirited young generations of less than 800-year-old should all review, study and put RPR IN AR in practice *[RPR IN AR = Reliability, Productivity and Respectability - Respect for Life, Property & Freedom - in Absolute Relativity, i.e. Good Faith, Balance, Knowledge, Wisdom and Creativity]* to save Earth and raise Humanity to the next level of interplanetary civilization in safety, peace, happiness, harmony, freedom, understanding, prosperity and creativity.
Available on Amazon (Soft & Hard Cover), Kindle, Nook & iPad (eBook)

# AFFIRMATION OF SERVICE

I, Dmt MacTruong, affirm under the penalty of perjury as follows:

On June 13, 2022, I served by Hand Delivery and/or by U.S. Certified Priority Mail with Delivery Tracking, and/or by regular mail or emails the true copies of the within document(s):

(1) **SUMMONS IN A CIVIL ACTION** & (2) **COMPLAINT,** and
(3) PLAINTIFF MACTRUONG's
**IN FORMA PAUPERIS APPLICATION**
**and their supporting documents**

upon the following parties and/or individuals:

**(1)**    **Oklahoma Governor Kevin Stitt,**
Capitol Building, 2300 N. Lincoln Blvd., Rm. 212
Oklahoma City, OK 73105

**(2)**    **Oklahoma *Senator* Greg McCortney,**
Capitol Building, 2300 N. Lincoln Blvd., Rm. 421
Oklahoma, OK 73105

**(3)**    **Speaker Charles McCall,**
Capitol Building, 2300 N. Lincoln Blvd. Room 401
Oklahoma *City,* OK 73105

**(4)**    **Rep. Jim Olsen,**
Capitol Building, 2300 N. Lincoln Blvd. Room 340
Oklahoma *City, OK* 73105

**(5)**    **Donald J. Trump,**
725 5th Ave,
New York, NY 10022

**(6)**    **Virginia Thomas,**
Supreme Court of the United States
1 First Street, NE
Washington, DC 20543

(7)  **Justice Samuel Alito,**
Supreme Court of the United States
1 First Street, NE
Washington, DC 20543

(8)  **Justice *Amy Coney Barrett,***
Supreme Court of the United States
1 First Street, NE
Washington, DC 20543

(9)  **Justice *Neil M. Gorsuch,***
Supreme Court of the United States
1 First Street, NE
Washington, DC 20543

(10)  **Justice Brett Kavanaugh,**
Supreme Court of the United States
1 First Street, NE
Washington, DC 20543

(11)  **Justice Clarence Thomas,**
Supreme Court of the United States
1 First Street, NE
Washington, DC 20543


**NARAL Pro-Choice America,**
1725 Eye Street NW, Suite 900
Washington, DC 20006
New York, NY 10106

**Rep. Kevin McCarthy,**
U.S. House of Representatives
2468 Rayburn House Office Building
Washington, DC 20515-0523

**Andrew Cuomo,**
P.O. Box 559,
Albany, NY 12201

**Bennie Thompson,**
2466 Burn House Office Building,
Washington DC 20515-2402.

**Matthew McConaughey,**
C/o GMA 1500 Broadway,
New York, NY 10036

23

**Dolly Parton,**
P.O. Box 150307,
Nashville, TN 37215-0307

**David Muir,**
C/o ABC World News
77 West 66th Street,
New York, NY 10023

**Bill Clinton,**
1200 *President Clinton* Ave.
Little Rock, AR 72201

**Hillary Rodham Clinton,**
PO Box 5256
New York, NY 10185

**Stacey Abrams,**
660 SW 28th Dr,
Fort Lauderdale, FL 33312

**Robin Roberts,**
GMA 147 Columbus Ave. 6th Floor
New York, NY 10023-6503

**Georges Stephanopoulos,**
GMA 147 Columbus Ave. 6th Floor
New York, NY 10023-6503

**George W. Bush**
GWB PRES. CENTER
2943 SMU Boulevard Dallas,
Texas 75205

**Michael Douglas**
96 Mason Blvd,
Mason, MI 48854

**Clint Eastwood**
Malpaso Productions
4000 Warner Blvd, 81 Suite 101
Burbank, CA 91522

**Johnny Depp**
**UTA 9336 Civic Center Dr**
**Beverly Hills, CA 90210-360**

24

**Alec Baldwin**
46 Main Str.
Southampton, NY 11968-4864

**Nicole Kidman, Blossom Films**
10736 Jefferson Blvd., No. 503,
Culver City, CA 90230

**Gordon Freeman**
357 Plainfield Rd,
Edison, NJ, 8820-3049

**Bill Gates**
500 Fifth Avenue North,
Seattle, WA 98109

**Jeff Bezos,**
Amazon Headquarters,
410 Terry Ave. N,
Seattle, WA 98109

**Warren Buffett**
**3555 Farnam St.**
**Omaha, NE 68132-3423**

**Jon Voight**
N3135 730th St,
Elk Mound, WI 54739.

**Dated:     13th Day of June, 2022**

**Dmt MacTruong, Plaintiff pro se**
**875 Bergen Avenue**
**Jersey City, NJ 07306**
**(914) 215-2304**