# UNITED STATES DISTRICT COURT
## for the
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Dmt MacTruong, NARAL Pro-Choice America, Kevin McCarthy, Christopher Murphy, Andrew Cuomo, Bennie Thompson, Matthew McConaughey, Dolly Parton, David Muir, Bill Clinton, Hillary Clinton, Stacey Abrams, Robin Roberts, Georges Stephanopoulos, George W. Bush, Michael Douglas, Clint Eastwood, Johnny Depp, Alec Baldwin, Nicole Kidman, Gordon Freeman, Bill Gates, Jeff Bezos, Warren Buffett, Jon Voight, <br>　　　　　Plaintiffs <br> -AGAINST- <br><br> Kevin Stitt, Greg McCortney, Charles McCall, Jim Olson, Donald J, Trump, Virginia Thomas, Samuel Alito, Amy Coney Barrett, Neil Gorsuch, Brett Kavanaugh, Clarence Thomas, <br>　　　　　Defendants | ACTION CIVIL No. <br><br> JUDGE: |

# SUMMONS IN A CIVIL ACTION

## To: Defendants:

(1) **Oklahoma Governor Kevin Stitt,**
Capitol Building, 2300 N. Lincoln Blvd., Rm. 212
Oklahoma City, OK 73105
Phone 405/ 521-2342 · Fax 405/521-3353.

(2) **Oklahoma Senator Greg McCortney,**
Capitol Building, 2300 N. Lincoln Blvd., Rm. 421
Oklahoma, OK 73105

1

(3) **Speaker Charles McCall,**
Capitol Building, 2300 N. Lincoln Blvd. Room 401
Oklahoma City, OK 73105

(4) **Rep. Jim Olson,**
Capitol Building, 2300 N. Lincoln Blvd. Room 340
Oklahoma City, OK 73105

(5) **Donald J. Trump,**
725 5th Ave,
New York, NY 10022

(6) **Virginia Thomas,**
Supreme Court of the United States
1 First Street, NE
Washington, DC 20543

(7) **Justice Samuel Alito,**
Supreme Court of the United States
1 First Street, NE
Washington, DC 20543

(8) **Justice Amy Coney Barrett,**
Supreme Court of the United States
1 First Street, NE
Washington, DC 20543

(9) **Justice Neil M. Gorsuch,**
Supreme Court of the United States
1 First Street, NE
Washington, DC 20543

(10) **Justice Brett Kavanaugh,**
Supreme Court of the United States
1 First Street, NE
Washington, DC 20543

(11) **Justice Clarence Thomas,**
Supreme Court of the United States
1 First Street, NE
Washington, DC 20543

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiffs or plaintiffs' attorney, whose names and addresses are:**

**Dmt MacTruong**
875 Bergen Avenue,
Jersey City, NJ 07306

**NARAL Pro-Choice America,**
1725 Eye Street NW, Suite 900
Washington, DC 20006
New York, NY 10106

**Rep. Kevin McCarthy,**
U.S. House of Representatives
2468 Rayburn House Office Building
Washington, DC 20515-0523

**Andrew Cuomo,**
P.O. Box 559,
Albany, NY 12201

**Bennie Thompson,**
2466 Burn House Office Building,
Washington DC 20515-2402.

**Matthew McConaughey,**
C/o GMA 1500 Broadway,
New York, NY 10036

**Dolly Parton,**
P.O. Box 150307,
Nashville, TN 37215-0307

**David Muir,**
C/o ABC World News
77 West 66th Street,
New York, NY 10023

**Bill Clinton,**
1200 President Clinton Ave.
Little Rock, AR 72201

**Hillary Rodham Clinton,**
PO Box 5256
New York, NY 10185

**Stacey Abrams,**
660 SW 28th Dr,
Fort Lauderdale, FL 33312

**Robin Roberts,**
GMA 147 Columbus Ave. 6th Floor
New York, NY 10023-6503

**Georges Stephanopoulos,**
GMA 147 Columbus Ave. 6th Floor
New York, NY 10023-6503

**George W. Bush**
GWB PRES. CENTER
2943 SMU Boulevard Dallas,
Texas 75205

**Michael Douglas**
96 Mason Blvd,
Mason, MI 48854

**Clint Eastwood**
Malpaso Productions
4000 Warner Blvd, 81 Suite 101
Burbank, CA 91522

**Johnny Depp**
UTA 9336 Civic Center Dr
Beverly Hills, CA 90210-360

**Alec Baldwin**
46 Main Str.
Southampton, NY 11968-4864

**Nicole Kidman, C/o Blossom Films**
10736 Jefferson Blvd., No. 503,
Culver City, CA 90230

4

**Gordon Freeman**
357 Plainfield Rd,
Edison, NJ, 8820-3049

**Bill Gates**
500 Fifth Avenue North,
Seattle, WA 98109

**Jeff Bezos,**
Amazon Headquarters,
410 Terry Ave. N,
Seattle, WA 98109

**Warren Buffett**
3555 Farnam St.
Omaha, NE 68132-3423

**Jon Voight**
N3135 730th St,
Elk Mound, WI 54739.

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Date: 6/10/2022

CLERK OF COURT

_____ MACTEVONE _____
Signature of Clerk or Deputy Clerk

*Plaintiff Pro Se For Clerk of the Court.*

Rev. Ed. October 26, 2017