# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DMT MAC TRUONG, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. CIV-22-491-R |
| KEVIN STITT, et al., | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Court's Order entered this date, Plaintiff's Complaint is dismissed. Judgment in favor of Defendants.

ENTERED this 19th day of July 2022.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE